UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY INC., d/b/a NEW ENGLAND COMPOUNDING CENTER,<br><br>    Defendant. | Civil Action No. 1:12-cv-12121-FDS<br><br>The Honorable F. Dennis Saylor, IV |

### NOTICE OF APPEARANCE OF MICHAEL R. HUGO, ON BEHALF OF PLAINTIFF CHAD GREEN

**COMES NOW,** Michael R. Hugo, and files his appearance on behalf of Plaintiff, Chad Green, in the within matter now before this Honorable Court.

Dated: January 14, 2013

Respectfully Submitted,

_____
Michael R. Hugo, BBO #243890
LAW OFFICES OF HUGO & ASSOCIATES
1 Catherine Road
Framingham, MA 01701
Tel. (617) 448-4888
Fax (617) 607-9655
mike@hugo-law.com

### CERTIFICATION

I certify that service of the within document was perfected by electronic filing and service and/or in hand service, this 14th day of January, 2013.

_____
Michael R. Hugo