TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

................ MIDDLESEX ................ , ss

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION

No. MICV 2012-4385

CHAD GREEN

Plaintiff(s)

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX
DEC 07 2012

v.

NEW ENGLAND Compounding Pharmacy, Inc. d/b/a ................ , Defendant(s)
NEW ENGLAND COMPOUNDING CENTER

## SUMMONS

To the above-named Defendant: NEW ENGLAND Compounding Pharmacy, Inc. d/b/a
NEW ENGLAND Compounding Center

You are hereby summoned and required to serve upon .... KIMBERLY A. DOUGHERTY,
ESQUIRE ................ plaintiff's attorney, whose address is .... JANET, JENNER + SUGGS, LLC
75 Arlington St., Suite 500, Boston, MA 02116, an answer to the complaint which is herewith

served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you

fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also

required to file your answer to the complaint in the office of the Clerk of this court at . Middlesex Superior

Court, Woburn, MA ................ either before service upon plaintiff's attorney or within a

reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may

have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's

claim or you will thereafter be barred from making such claim in any other action.

Witness, **Barbara J. Rouse**, Esquire, at .... Middlesex Superior Court
the ................ 9th ................ day of .... November
.... , in the year of our Lord .... 2012

................................................ Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.

1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.

2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on ...NOVEMBER..12,..2012.................................

20.1.2...., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)): BY LEAVING AT THE LAST AND USUAL PLACE OF ABODE OF GREGORY CONIGLIARIO, REGISTERED AGENT FOR THE WITHIN NAMED.DEFENDANT,.NEW.ENGLAND.COMPOUNDING.PHARMACY,.INC..d/b/a.NEW.ENGLAND COMPOUNDING CENTER. SAID SERVICE WAS MADE AT 52 SEARS ROAD, SOUTHBOROUGH, MASS. ALS ON THIS SAME DAY I SENT BY FIRST CLASS MAIL A COPY OF THIS SUMMONS TO THE ABOVE MENTIONED NAME AND ADDRESS. ALSO SERVED WITH THIS SUMMONS ARE ALL OF THE WITHIN ATTACHED DOCUMENTS INCLUDING MOTION FOR _____
A SPECIAL PROCESS SERVER.                                    CONSTABLE, MASS. RULE 4C

Dated: ...NOVEMBER..12,..2012.................................,.2012......

**N.B. TO PROCESS SERVER:**
   **PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX**
   **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

(                                                                    )

(                    ..................NOVEMBER..12,.20.1.2.... )

(                                                                    )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX ........, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No.

SUMMONS
(Mass. R. Civ. P. 4)